**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **20−16072**
**SALVATORE CERAMI**

                      Debtor

Adversary Proceeding No. **20−00404**
**LEOPOLDO CERAMI**

                      Plaintiff

v.
**SALVATORE CERAMI**

                      Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** SALVATORE CERAMI

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Laxmi P. Sarathy**<br>**P.O. Box 60741**<br>**Chicago, IL 60660** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | | **Status Hearing Date and Time** |
| --- | --- | --- |
| | **Appear using Zoom for Government**<br>**By video, use link: https://www.zoomgov.com/**<br>**By telephone, call 1−669−254−5252 or 1−646−828−7666.**<br>**Enter the meeting ID 161 273 2896 and passcode 778135.** | **01/04/2021 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
11 / 20 / 2020

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012