UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re:<br>Salvatore Cerami | ) | BK No.: | 20-16072 |
| | ) | Chapter: | 13 |
| | ) | Honorable Jacqueline P Cox | |
| Debtor(s) | ) | | |
| Leopoldo Cerami | ) | Adv. No.: | 20-00404 |
| Plaintiff(s) | ) | | |
| Salvatore Cerami | ) | | |
| Defendant(s) | ) | | |

**Order Extending Time to Answer or Otherwise Plead**

Defendant Salvatore Cerami's Motion to Extend Time to Answer or Otherwise Plead is granted and extended generally pending settlement. This matter is continued for status to May 10, 2021, at 10:30 a.m.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: April 19, 2021

**Prepared by:**

Fritzshall & Pawlowski
Brad J. Pawlowski
6584 N. Northwest Hwy.
Chicago, IL 60631
773-763-4400
Brad@go2court.com